KENDALL SIMSARIAN, 138328
Attorney at Law
1060 Fulton Mall, Suite 811
Fresno, CA 93721
(559) 498-3900
E-mail: KSimsarian@aol.com

Attorney for Defendant Miguel Molina

**FILED**

JUN - 9 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>MIGUEL MOLINA, et al.,<br><br>    Defendants. | Case # - 2:06-cr-00215 GEB<br><br>SUBSTITUTION OF ATTORNEY |

TO THE HONORABLE GARLAND E. BURRELL, JR. and THE UNITED STATES ATTORNEY:

Defendant Miguel Molina substitutes KENDALL SIMSARIAN, with offices at 1060 Fulton Mall, Suite 811, Fresno, CA 93721, as his attorney of record, in place of Alexandra Paradis Negin.

I agree to the above substitution.

DATED: June 9, 2006

                                                  Defendant Miguel Molina

I consent to the above substitution.

DATED: June 9, 2006

                                                  Alexandra Paradis Negin

I accept the above substitution.

DATED: June 8, 2006

                                                  Kendall Simsarian

IT IS SO ORDERED:

DATED: June 8, 2006

                                                  District Judge