| | |
|---|---|
| 1 | **JAMES R. GREINER, ESQ.** |
| | CALIFORNIA STATE BAR NUMBER 123357 |
| 2 | **LAW OFFICES OF JAMES R. GREINER** |
| | 555 UNIVERSITY AVENUE, SUITE 290 |
| 3 | SACRAMENTO, CALIFORNIA 95825 |
| | TELEPHONE:(916) 649-2006 |
| 4 | FAX: (916) 920-7951 |

ATTORNEY FOR DEFENDANT
JORGE FELIX CASTELLANO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR.-S-06-215-GEB |
|---|---|---|
| PLAINTIFF, | ) | STIPULATION AND PROPOSED ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | TO NOVEMBER 17, 2006 |
| JORGE FELIX CASTELLANO ,et al., | ) | |
| DEFENDANTS. | ) | |

      Plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. Mary L. Grad and the defendants: Miguel Felix Molina represented by his attorney Mr. Kendall D. Simsarian, Guadalupe Felix Castellano, represented by his attorney Mr. Gilbert A. Roque, Alejandro Castellano represented by his attorney Ms. Dina L. Santos, Jesus Gilberto Felix Castellano, represented by his attorney, Mr. Olaf W. Hedberg and Jorge Felix Castellano, represented by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Friday, October 27, 2006, at 9:00 a.m. before the Honorable District Court Judge Garland E. Burrell, Jr., shall be continued to Friday, November 17, 2006, at 9:00 a.m.

      The parties stipulate and agree that time shall be excluded from the speedy trial act from Friday, October 27, 2006 to and including Friday, November 17, 2006, under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation in the case.

1

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

DATED: 10-24-06

/s/ Mary L. Grad by in person authorization
_____
MARY L. GRAD
Assistant United States Attorney
Attorneys for the Plaintiff

DATED: 10-24-06

/s/ Kendall D. Simsarian by e mail authorization
_____
KENDALL D. SIMSARIN
Attorney for defendant Miguel Felix Molina

DATED: 10-24-06

/s/ Gilbert A. Roque by in person authorization
_____
GILBERT A. ROQUE
Attorney for defendant Guadalupe Felix Castellano

DATED: 10-24-06

/s/ Dina L. Santos by in person authorization
_____
DINA L. SANTOS
Attorney for defendant Alejandro Castellano

DATED: 10-24-06

/s/ Olaf W. Hedberg by in person authorization
_____
OLAF W. HEDBERG
Attorney for defendant Jesus Gilberto Felix Catellano

DATED: 10-24-06

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
Attorney for defendant Jorge Felix Castellano

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

**Dated: October 25, 2006**

_____
**GARLAND E. BURRELL, JR.**
**United States District Judge**

2